IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN E. RIDDLE,<br><br>            Plaintiff,<br><br>    v.<br><br>OMAHA PUBLIC SCHOOLS,<br><br>            Defendant. | 8:24CV431<br><br>**ORDER** |

      On October 11, 2024, plaintiff Justin E. Riddle ("Riddle") brought this action (Filing No. 1-1) against defendant Omaha Public Schools ("OPS") in the District Court of Douglas County, Nebraska (the "state court"). His *pro se* complaint alleged that OPS violated Nebraska's public records statutes, *see* Neb. Rev. Stat. § 84-712 *et seq.*, and that the Nebraska Attorney General's Office mishandled complaints filed against OPS under the Open Meetings Act, Neb. Rev. Stat. § 84-1407 *et seq.* (the "state-law claims"). Riddle also asserted violations of his rights under the First and Fourteenth Amendments to the United States Constitution pursuant to 18 U.S.C. § 1983 (the "federal claims").

      Riddle promptly filed a Motion for Summary Judgment in state court on October 24, 2024. On November 6, 2024, OPS removed the case to this Court, *see* 28 U.S.C. §§ 1441(c), 1446, and moved to dismiss Riddle's complaint (Filing No. 2) for failure to state a claim, *see* Fed. R. Civ. P. 12(b)(6). OPS also moved for an extension of its deadline to respond to Riddle's summary-judgment motion (Filing No. 4), asking for permission to respond within "30 days after the Court resolves [its] Motion to Dismiss."

      Riddle has since filed a "Verified Amended Complaint" (Filing No. 8) and "Motion to Remand and Opposition to [OPS's] Motion to Dismiss with Supporting Evidence of Institutional Misconduct" (Filing No. 9). Riddle states he intends to voluntarily omit his federal claims in order to proceed in state court solely on his state-law claims. In light of

these circumstances, the Court will hold all other pending motions in abeyance until it resolves Riddle's request for remand after the normal briefing schedule. *See* NECivR 7.1 (setting forth deadlines and procedure for general motions practice).

    IT IS SO ORDERED.

    Dated this 14th day of November 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge
